UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORGAL SEATTLE PARTNERSHIP,

    Plaintiff,

    v.

NATIONAL SURETY CORPORATION, *et al.*,

    Defendants.

Case No. C11-0720RSL

ORDER

On June 9, 2011, the Court ordered defendant to show that federal jurisdiction over this matter exists by providing the citizenship of all of the owners/members of Norgal Seattle Partnership, at the time the complaint was filed. Defendant has now responded, and the Court is satisfied that it has jurisdiction. The Order to Show Cause is therefore VACATED.

Dated this 16th day of June, 2011.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1